**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Michelle Kirchner,                                              **Civil File No. 07-cv-01561 PAM/JSM**

      Plaintiff,

vs.                                                             **ORDER**

CLX Systems/Westwood Management, Inc.,
Rob Doe, an unidentified person, and Mr.
Mathews individually,

      Defendants.

---

**ORDER FOR JUDGMENT OF DISMISSAL**

    **IT IS HEREBY ORDER** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

    **IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY**.

                                          **BY THE COURT**

Dated: July 19, 2007                      s/Paul A. Magnuson
                                          The Honorable Paul A. Magnuson
                                          Judge of United States District Court